The People of the State of New York, Respondent, v Sebastian Delamota, Appellant.

Submitted December 6, 2010; decided December 14, 2010

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New

York, NY 10006 assigned as counsel to the appellant on the appeal herein.